# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00379-CR

**Michael Renee Maldonado, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 20-1555-K26, THE HONORABLE DONNA GAYLE KING, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed an agreed motion to abate this appeal and remand the case to the trial court for a hearing to determine whether appellant wishes to proceed with this appeal. We grant the motion.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing in which appellant is present to determine whether he wishes to proceed with this appeal. Following the hearing, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than January 18, 2022.

It is so ordered December 30, 2021.

Before Justices Goodwin, Baker, and Smith

Abated and Remanded

Filed:   December 30, 2021

Do Not Publish